# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-2218 (CKK) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) ) | |

## JOINT PROPOSED SCHEDULE AND STATUS REPORT

Defendant U.S. Department of Justice jointly with Plaintiff Judicial Watch, Inc. ("Plaintiff"), by and through undersigned counsel, hereby respectfully file this joint status report pursuant to the Court's November 29, 2018 and January 31, 2019 Orders. After meeting and conferring, the parties respectfully report to the Court as follows:

1. The Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") is currently processing the approximately 1,900 pages of records responsive to the Freedom of Information Act ("FOIA") request that is the subject of this action. The responsive records fall into two groups, with approximately 50% of the records requiring only ATF review before release (the "ATF-Review Documents") and the other approximately 50% requiring consultation with other Department of Justice components (the "Consultation Documents").

2. Although processing has been delayed somewhat as a result of the lapse of appropriations, ATF is preparing the Consultation Documents to forward to the relevant components for review and is processing the ATF-Review Documents. ATF currently anticipates that the Consultation Documents will be sent for consultation and that it will make its first release

of ATF-Review Documents on or before March 15, 2019. ATF anticipates that it can complete the production of the ATF-Review Documents in approximately two to three monthly releases but is not currently able to provide an estimate of the anticipated date for completion of the processing and release of the Consultation Documents. ATF respectfully requests that it be permitted to update the Court concerning the anticipated timing for the processing of the Consultation Documents in the parties' next joint status report.

3. ATF does not anticipate seeking an *Open America* stay.

4. The parties believe it is premature to determine whether a *Vaughn* index or summary judgment motion will be necessary. Therefore, the parties propose that at the conclusion of the production, after Plaintiff has had the opportunity to review the documents, the parties meet and confer and determine whether a briefing schedule is warranted or whether they can resolve the issues remaining in the litigation (if any) amicably.

5. The parties also respectfully request that they be permitted to file a further joint status report on or before April 2, 2019, to advise the Court of the parties' progress.

Dated: February 14, 2019                    Respectfully submitted,

/s/ Chris Fedeli                                      JESSIE K. LIU, D.C. Bar No. 472845
Chris Fedeli                                          United States Attorney
D.C. Bar No. 472919
JUDICIAL WATCH, INC.                                  DANIEL F. VAN HORN, D.C. Bar No. 924092
425 Third Street SW, Suite 800                        Chief, Civil Division
Washington, D.C. 20024
(202) 646-5172                                        /s/ Melanie D. Hendry
CFedeli@judicialwatch.org                             Melanie D. Hendry
                                                      Assistant United States Attorney
*Counsel for Plaintiff*                               555 Fourth Street, N.W.
                                                      Washington, D.C. 20530
                                                      (202) 252-2510
                                                      melanie.hendry2@usdoj.gov

                                                      *Counsel for Defendant*

2