# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 18-2218 (CKK) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| *Defendant*. | ) |

## JOINT STATUS REPORT

Defendant U.S. Department of Justice jointly with Plaintiff Judicial Watch, Inc. ("Plaintiff"), by and through undersigned counsel, hereby respectfully file this joint status report pursuant to the Court's February 15, 2019 Minute Order.

In the February 14, 2019 Joint Status Report (ECF No. 13), the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") reported that it is currently processing the approximately 1,900 pages of records responsive to the Freedom of Information Act ("FOIA") request that is the subject of this action. ATF noted that the responsive records fall into two groups, with approximately 50% of the records requiring only ATF review before release (the "ATF-Review Documents") and the other approximately 50% requiring consultation with other Department of Justice components (the "Consultation Documents"). ATF further reported that it anticipated that by March 15, 2019, it would send the Consultation Documents to the appropriate components for consultation, and it would make its first release of ATF-Review Documents on or before March 15, 2019. ATF noted that it anticipated it could complete the production of the ATF-

Review Documents in approximately two to three monthly releases but was not able, at that time, to provide an estimate of the anticipated date for completion of the processing and release of the Consultation Documents. ATF requested that it be permitted to update the Court concerning the anticipated timing for the processing of the Consultation Documents in the parties' next joint status report.

Since the parties' February 14, 2019 Joint Status Report (ECF No. 13), ATF made its first release of 392 pages of documents to Plaintiff on March 15, 2019. ATF has not yet forwarded the Consultation Documents to the relevant components but anticipates doing so by April 5, 2019.

ATF still anticipates that it can complete the production of the ATF-Review Documents in approximately one to two more monthly releases and anticipates that it will make its next release on or before April 15, 2019. ATF anticipates that it can complete the processing of the Consultation Documents by June 15, 2019. The parties have no further issues to address to the Court at this time.

In the February 15, 2019 Minute Order, the Court ordered the parties to "continue to file Joint Status Reports every thirty days" after this April 1, 2019 Joint Status Report. Accordingly,

[Remainder of page intentionally left blank.]

unless otherwise directed by the Court, the parties will file a further Joint Status Report on or before May 2, 2019, to advise the Court of the parties' continued progress.

Dated:  April 1, 2019                                        Respectfully submitted,

/s/ Chris Fedeli                                             JESSIE K. LIU, D.C. Bar No. 472845
Chris Fedeli                                                 United States Attorney
DC Bar No. 472919
JUDICIAL WATCH, INC.                                         DANIEL F. VAN HORN, D.C. Bar No. 924092
425 Third Street SW, Suite 800                               Chief, Civil Division
Washington, D.C. 20024
(202) 646-5172                                               /s/ Melanie D. Hendry
CFedeli@judicialwatch.org                                    Melanie D. Hendry
                                                             Assistant United States Attorney
*Counsel for Plaintiff*                                      555 Fourth Street, N.W.
                                                             Washington, D.C. 20530
                                                             (202) 252-2510
                                                             melanie.hendry2@usdoj.gov

                                                             *Counsel for Defendant*