# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Civil Action No. 18-2218 (CKK) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| *Defendant*. | ) ) ) | |

## JOINT STATUS REPORT

Defendant U.S. Department of Justice jointly with Plaintiff Judicial Watch, Inc. ("Plaintiff"), by and through undersigned counsel, hereby respectfully file this joint status report pursuant to the Court's February 15, 2019 Minute Order.

The Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") is still processing the approximately 1,900 pages of records responsive to the Freedom of Information Act ("FOIA") request that is the subject of this action. As previously reported, the responsive records fall into two groups, with approximately 50% of the records requiring only ATF review before release (the "ATF-Review Documents") and the other approximately 50% requiring consultation with other Department of Justice components (the "Consultation Documents").

ATF made its first release of 392 pages of ATF-Review Documents to Plaintiff on March 15, 2019, and its second release of an additional 397 pages of ATF-Review documents on April 18, 2019. In the last Joint Status Report filed on April 30, 2019 (ECF No. 16), ATF reported that it anticipated completing the production and release of the non-exempt ATF-Review Documents

by June 15, 2019. However, over the past several weeks, ATF's Disclosure Division has been experiencing issues with the Adobe Acrobat redaction software it uses to process documents (including issues when attempting to make redactions and problems ensuring documents have been fully and correctly redacted). ATF IT personnel are working diligently to resolve the issue. However, because of these issues, ATF's Disclosure Division has not yet been able to complete the redaction process of the remaining ATF-Review Documents. In light of the foregoing, ATF now anticipates that it can make its final release of ATF-Review Documents by July 15, 2019.

In addition, ATF still anticipates making initial releases of the Consultation Documents to plaintiff on July 15, 2019, and August 15, 2019, and completing the release of all non-exempt records from the Consultation Documents no later than September 15, 2019.

Consistent with the Court's Minute Orders of February 15, 2019 and May 1, 2019, the parties will file a further Joint Status Report on or before July 17, 2019, to advise the Court of the parties' continued progress.

| | |
|---|---|
| Dated:  June 17, 2019 | Respectfully submitted, |
| /s/ Chris Fedeli | JESSIE K. LIU, D.C. Bar No. 472845 |
| Chris Fedeli | United States Attorney |
| DC Bar No. 472919 | |
| JUDICIAL WATCH, INC. | DANIEL F. VAN HORN, D.C. Bar No. 924092 |
| 425 Third Street SW, Suite 800 | Chief, Civil Division |
| Washington, D.C. 20024 | |
| (202) 646-5172 | /s/ Melanie D. Hendry |
| CFedeli@judicialwatch.org | Melanie D. Hendry |
| | Assistant United States Attorney |
| *Counsel for Plaintiff* | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 252-2510 |
| | melanie.hendry2@usdoj.gov |
| | |
| | *Counsel for Defendant* |